WDQ13CV0947

FILED ___ ENTERED
LOGGED ___ RECEIVED

MAR 28 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

Kimberly McIntosh
50970-037
Federal Correction Facility
Tallahassee
501 Capital Cir. N.E.
Tallahassee FL. 32301

Dear Court Clerk,                                3-24-13

I would like to have my items returned that were confiscated at the time of my arrest. Please provide me with the following:

1. a copy of the search warrant.
2. a copy of the property inventory list.
3. what ever form is necessary to request my property back.

#4. Please let me know the agency over my case and if there is a time limit to pick up my items. I should be home no later than February 2014. If it can wait untill then, I would prefer to do it in person as opposed to having some one pick it up for me.

Thank you in Advance :)

Kimberly McIntosh
50970-037

P.S. I was sentenced 1-12-12

CA# WDQ-01-09-CR-00183-018
James Wallner USDA / Marc Hall DA

Kimberly McIntosh #50970-037
Federal Correctional Institution Tallahassee
501 Capital Cir N.E.
Tallahassee FL 32301

TALLAHASSEE FL
25 MAR 2013 PM 3 L

⇔50970-037⇔
U S Court House-Court Clerk
101 W Lombard ST
Baltimore, MD 21201
United States

21201$2605